AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| AARON L. BENNETT, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| CONCRETE SERVICES & MAINTENANCE CORP., et al, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* see attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Clifford Tucker
Sacco & Fillas LLP
31-19 Newtown Avenue, 7th Floor
Astoria, New York 11102
ctucker@saccofillas.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON L. BENNETT,<br><br>Plaintiff,<br><br>-against-<br><br>CONCRETE SERVICES & MAINTENANCE CORP., BIG JOHN'S SERVICES CORP., ALLIED ENTERPRISES USA CORPORATION, ALLIED ENTERPRISES LLC, ALL COUNTY SOLUTIONS CORP., INTERSTATE SERVICES & MAINTENANCE USA CORP., MOOREGROUP CORPORATION a/k/a MOORE GROUP CORPORATION, JOHN MOORE, MANOLO PAZ, WILLY ANDRES DURAN LANTIGUA a/k/a WILLY A. DURAN, and MARK GALLIGAN,<br><br>Defendants. | **RIDER TO REQUEST FOR SUMMONS** |

CONCRETE SERVICES & MAINTENANCE CORP.
105 Eastern Blvd.
Baldwin, New York 11510

BIG JOHN'S SERVICES CORP.
154 Montgomery Avenue
Oceanside, New York 11572

ALLIED ENTERPRISES USA CORPORATION
154 Montgomery Avenue
Oceanside, New York 11572

ALLIED ENTERPRISES LLC
154 Montgomery Avenue
Oceanside, New York 11572

ALL COUNTY SOLUTIONS CORP.
421A S. Franklin Street
Hempstead, New York 11550

INTERSTATE SERVICES & MAINTENANCE USA CORP.
645 SE 5th Terrace
Fort Lauderdale, FL 33301

MOOREGROUP CORPORATION a/k/a MOORE GROUP CORPORATION
1 Jefferson Place
Baldwin, New York 11510

JOHN MOORE
1 Jefferson Place
Baldwin, New York 11510

MANOLO PAZ
1 Jefferson Place
Baldwin, New York 11510

WILLY ANDRES DURAN LANTIGUA a/k/a WILLY A. DURAN
1 Jefferson Place
Baldwin, New York 11510

MARK GALLIGAN
1 Jefferson Place
Baldwin, New York 11510